JS - 6

**FILED: 2/28/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Mary Henderson.*,  )  CASE NO. CV 10-4524-GHK (VBKx)
      **Plaintiff,**  )
      v.  )  **JUDGMENT**
*The J.M. Smucker Company*,  )
      **Defendant.**  )
_____ )

    Pursuant to the Court's October 23, 2012 Order and its February 28, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant J.M. Smucker Company are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED**.

DATED: February 28, 2014

_____
GEORGE H. KING
Chief United States District Judge